**Motion Granted; Appeal Dismissed, and Memorandum Opinion filed January 26, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00620-CV

---

### JANICE KINSEL, INDEPENDENT EXECUTOR OF THE ESTATE OF RICHARD L. KINSEL, JR., Appellant

### V.

### RUSSELL  BURKETT, Appellee

---

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0079139-C**

---

### MEMORANDUM  OPINION

This is an appeal of an order signed August 18, 2022 granting temporary injunctive relief. On January 4, 2023, appellant filed a motion to dismiss the appeal "with prejudice" as the parties have settled all matters of controversy between and among them.  The Texas Rules of Appellate Procedure speak only of dismissal of

an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal." *See* Tex. R. App. P. 42.1.  We construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1).  So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.